IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES DOUGLAS ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00453 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [Document #9] is GRANTED, and Defendant's Cross Motion for Summary Judgment [Document #12] is DENIED. IT IS FURTHER ORDERED THAT Defendant is hereby divested of any legal or equitable interest in the subject Property.

This, the 22nd day of July, 2005.

_____
United States District Judge